Opinion by HARALSON, J.

---

## Koonce v. Lewis *et al.*

APPEAL from Henry Chancery Court.
Tried before the Hon. WILLIAM L. PARKS.

W. L. LEE and J. G. COWAN, for appellants.

W. W. SANDERS, for appellees.

The bill in this case was filed by the appellees, for the purpose of having a deed, which is absolute on its face, declared a mortgage, and also for the redemption of the lands conveyed in an alleged mortgage.

Upon the final submission of the cause upon the pleadings and proof, the chancellor granted the relief prayed for. From this decree the respondent appeals. The decree is affirmed.